No. 10-6088. Bill Joseph Stone, Petitioner v. E. K. McDaniel, Warden, et al.

562 U.S. 970, 131 S. Ct. 479, 178 L. Ed. 2d 304, 2010 U.S. LEXIS 7995.

October 12, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

No. 10-6095. Michael Harris, Petitioner v. Arizona.

562 U.S. 970, 131 S. Ct. 480, 178 L. Ed. 2d 304, 2010 U.S. LEXIS 8098.

October 12, 2010. Petition for writ of certiorari to the Court of Appeals of Arizona, Division One, denied.

Same case below, 223 Ariz. 222, 221 P.3d 1036.

No. 10-6102. Mike Settle, Petitioner v. Ricky Bell, Warden.

562 U.S. 970, 131 S. Ct. 480, 178 L. Ed. 2d 304, 2010 U.S. LEXIS 8073,

October 12, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

No. 10-6118. Simon Banks, Petitioner v. Noel Anketell Kramer, Judge, District of Columbia Court of Appeals, et al.

562 U.S. 970, 131 S. Ct. 480, 178 L. Ed. 2d 304, 2010 U.S. LEXIS 7960.

October 12, 2010. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia Circuit denied.

No. 10-6123. Ramon Rodriguez, Petitioner v. Ray Roberts, Warden, et al.

562 U.S. 971, 131 S. Ct. 481, 178 L. Ed. 2d 304, 2010 U.S. LEXIS 8042.

October 12, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 371 Fed. Appx. 971.

No. 10-6137. Ferguson Igbinosun, Petitioner v. New York.

562 U.S. 971, 131 S. Ct. 481, 178 L. Ed. 2d 304, 2010 U.S. LEXIS 8119.

October 12, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

No. 10-6155. Mario Henderson, Petitioner v. Kurt Jones, Warden.

562 U.S. 971, 131 S. Ct. 481, 178 L. Ed. 2d 304, 2010 U.S. LEXIS 7941.

October 12, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 364 Fed. Appx. 990.